## CONSENT TO SUE UNDER
## THE FAIR LABOR STANDARDS ACT

I, Claudio R Ortega J., am an individual formerly employed by Griffin's Landscaping Corp., et al, (together, including any successors, affiliates or related entities, "Defendants"). I consent to be a plaintiff in an action to collect unpaid compensation against Defendants.

By: Claudio Ortega

Name: Claudio R Ortega J.

Date: 4-17-15